08 CV 02798

32—08/GMV/PLS

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

RECEIVED
MAR 17 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

WAKOH MARINE S.A.,                                   08 CV

                              Plaintiff,

                                                     **RULE 7.1 STATEMENT**

        -against-

UNITED JAPAN CORPORATION,

                              Defendant.
-----------------------------------------------------------x

        The Plaintiff, WAKOH MARINE, S.A., by and through its undersigned attorneys
Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local
General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate
possible disqualification or recusal, the undersigned counsel Peter J. Gutowski (a private non-
governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of
said party which are publicly held.

Dated: New York, New York
       March 13, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              WAKOH MARINE S.A.,

        By:    _____
                              Gina M. Venezia (GV 1551)
                              Pamela L. Schultz (PS 8675)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Facsimile: (212) 425-1901

NYDOCS1/298016.1