UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Wakoh Marine

-v.-

United Japan

------------------------------------------------------------x

Amended

08 Civ. 2798 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/09

Please be advised that the conference scheduled for Feb 18, 09 has been rescheduled to April 15, 09 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
Feb 25, 09

ROBERT W. SWEET
United States District Judge